IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CASE NO.: CR206-04 |
| JAMES L. LYONS | : | |

## ORDER

The Court has been advised that all motions filed in this case have been resolved by the parties with the exception of Defendant's Motion to Suppress.

Accordingly, all such resolved motions are hereby **DISMISSED** as moot.

**SO ORDERED**, this 8th day of May, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)