# United States District Court
## *Southern District of Georgia*
Brunswick Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs | ) | CASE NUMBER  CR 206-04 |
| | ) | |
| JAMES LAMAR LYONS | ) | |
| | ) | |

## **ORDER**

The above captioned case having come on for jury trial the week of ___July 10, 2006___

_____ and there being certain items entered into evidence during the course of said trial,

IT IS HEREBY ORDERED that the following evidence be returned to ___the___

___Government___, for safekeeping and for production in the Court of Appeals, if necessary, upon return of a jury verdict.

- G-1   Colt .357 caliber revolver, serial no. 35648L, model Trooper MK III
- G-2   Marlin .30-30 caliber rifle, serial no. 11069591, model 30AW
- G-3   Black ammunition belt containing 20 rounds of Winchester .30-30 ammunition
- G-4   Box of Winchester .357 magnum 110 grain JHP containing 41 rounds of ammunition

**SO ORDERED**, this ___11th___ day of ___July___, 200__6.__

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA