# United States District Court
## *Southern District of Georgia*
Brunswick Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) | CASE NUMBER  CR 206-04 |
| vs | ) | |
| JAMES LAMAR LYONS | ) ) | |

### ORDER

The petit jury selected for trial of the captioned case, being sequestered during the trial and consideration of said case by direction of this Court, is to be fed its regular meal at a place appropriate for the feeding of said jury. The Clerk for the Southern District of Georgia is hereby directed, pursuant to the provisions of Title 28, U.S.C. § 1871, to disburse to said eating establishment the sum so billed for these meals.

**SO ORDERED**, this 11th day of July, 2006.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA