IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2006 OCT -4 A 11: 11

CLERK_____
SO. DIST. OF GA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| Plaintiff | * | |
| v. | * | CASE NO. CR206-4 |
| JAMES LAMAR LYONS | * | |
| Defendant | * | |

## ORDER

This Court entered Judgment in the above-referenced criminal case on September 27, 2006. Defendant filed a Notice of Appeal from the Judgment on October 4, 2006. It is the Order of this Court that pursuant to 18 USC § 3143, that the sentence entered by this Court be stayed until such time as the appeal is ruled upon and that the Defendant continue with the same conditions of supervised release as stated prior to sentencing. This Court finds that the Defendant is not a flight risk and does not pose a danger to any other person or to the community. Further, this Court finds that the appeal filed is not for the purpose of delay and raises a substantial question of law or fact likely to result in reversal.

SO ORDERED this _____4_____ day of October, 2006.

_____
Honorable Anthony A. Alaimo