IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| JAMES LAMAR LYONS, | |
| Movant, | CIVIL ACTION NO.: 2:19-cv-13 |
| v. | |
| UNITED STATES OF AMERICA, | (Case No.: 2:06-cr-4) <br> (Case No.: 2:07-cr-54) |
| Respondent. | |

ORDER

After an independent and de novo review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, doc. 4. Movant James Lyons ("Lyons") did not file Objections to the Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES without prejudice** Lyons' 28 U.S.C. § 2255 Motion to Vacate, Set Aside, or Correct his Sentence based on Lyons' failure to follow this Court's directives and Local Rules. The Court also **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal and **DENIES** Lyons leave to appeal *in forma pauperis* and a Certificate of Appealability.

SO ORDERED, this 16th day of February, 2021.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA